## IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL,  :  No. 2331 Disciplinary Docket No. 3
:
Petitioner  :  No. 195 DB 2016
:
v.  :  Attorney Registration No. 75895
:
JAMES ROBERT CARROLL, JR.,  :  (Bradford County)
:
Respondent  :
:

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of January, 2017, upon consideration of the Verified Statement of Resignation, James Robert Carroll, Jr., is disbarred on consent from the Bar of the Commonwealth of Pennsylvania, *see* Pa.R.D.E. 215, and he shall comply with the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).